## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Borough of Walnutport          :
                               :
        v.                     :
                               :
Timothy Dennis,                :
                    Appellant  :      No. 1803 C.D. 2014

## **O R D E R**

NOW, August 24, 2015, having considered appellant's application for reargument, the application is denied.

DAN PELLEGRINI,
President Judge
